






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00420-CR







Tajah Clinton, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NOS. 0961331, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING







PER CURIAM



	This is an appeal from a judgment of conviction for possession of a controlled substance: 
cocaine.  Appellant has filed a motion to withdraw the appeal.  No decision of this Court has been
delivered.  The motion is granted and the appeal is dismissed.  See Tex. R. App. P. 59(b).




Before Chief Justice Carroll, Justices Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed:   December 5, 1996


Do Not Publish


